**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-10-627 |
| | § § § | |
| JUSTIN W. LEWIS | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 40). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | March 6, 2012 |
| Responses are to be filed by: | March 20, 2012 |
| Bench Trial is set for: | **March 27, 2012, at 9:00 a.m.** |

SIGNED on February 9, 2012, at Houston, Texas.

                                                                          _____
                                                                          Lee H. Rosenthal
                                                                          United States District Judge