**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-10-627 |
| JUSTIN W. LEWIS | § | |

# O R D E R

The court held a pretrial conference in this case on March 26, 2012. The defendant orally moved for a continuance. The government is unopposed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | June 15, 2012 |
| Responses are to be filed by: | July 6, 2012 |
| Status Conference set for: | **July 20, 2012, at 8:45 a.m.** |
| Final Pretrial Conference is set for: | **August, 6, 2012, at 9:00 a.m.** |
| Bench Trial is set for: | **August 13, 2012, at 9:00 a.m.** |

SIGNED on March 27, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge