IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| VS. | § CRIMINAL NO. H-10-627 |
| JUSTIN W. LEWIS | § |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 50). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

Final Pretrial Conference is set for: **April 17, 2013, at 9:00 a.m.**
Bench Trial is set for: **April 25, 2013, at 9:00 a.m.**

SIGNED on December 21, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge